In the Matter of MICHAEL O.F. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FAUSAT O., Appellant.

In the Matter of JOSEPH O.A., JR. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; FAUSAT O., Appellant.

Decided March 31, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the proceedings within the meaning of the Constitution.

In the Matter of MING TUNG et al., Appellants, v CHINA BUDDHIST ASSOCIATION et al., Respondents.

Decided March 31, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS LLIBRE, Appellant.

Submitted January 5, 2015; decided March 31, 2015

Motion to dismiss appeal denied. A criminal leave application to the Court of Appeals is assigned to and decided by a single Judge of the Court of Appeals (see CPL 460.20 [4]; Rules of Ct of Appeals [22 NYCRR] § 500.20). While a motion to the full Court of Appeals to dismiss the appeal may be made on the ground that there is no jurisdiction over the appeal, a motion may not be made, as it has been here, upon the ground that leave was improvidently granted. Such motion does not constitute a basis for the full Court of Appeals to dismiss an appeal taken pursuant to leave of a single Judge of the Court of Appeals.